IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

Michelle Schur
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 08-1455-AA

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6072.50 and cost in the amount of $350.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293.

DATED this 20th day of April, 2010.

Ann L. Aiken
United States Magistrate Judge