Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHELLE SCHUR,<br>    Plaintiff, | CV # 08-1455-AA |
| v. | ORDER |
| MICHAEL ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | |

The court finds and orders an attorney fee of $6,629.66 pursuant to 42 U.S.C. § 406(b).

This court previously awarded Equal Access to Justice Act fees of $5,640.88 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $6,629.66, Plaintiff's attorney will refund $5,640.88, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 3rd day of May, 2010.

_____
Hon Ann Aiken
United States District Judge